UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA MCGLOTHAN, ON HIS OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,

                Plaintiff,

-vs-                                         Case No. 6:06-cv-94-Orl-28UAM

WAL-MART STORES, INC.,

                Defendant.

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION TO APPROVE SETTLEMENT (Doc. No. 47)** |
| **FILED:** | 5/30/2007 |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

    Plaintiff, Joshua McGlothan, and Defendant, Wal-Mart Stores, Inc., jointly move the Court to approve their settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA") and to dismiss the case with prejudice.

    The Court has reviewed the proposed settlement as required by *Lynn's Food Stores, Inc. v. United States, U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982), and finds the settlement is a fair and reasonable resolution of a bona fide dispute. The case involved disputed issues of FLSA

violation, which constitutes a bona fide dispute. Each party was represented by independent counsel, who were obligated to vigorously represent their client. The Court finds the proposed settlement of payment to McGlothan of $500 for back wages, and payment of $4,500 to McGlothan's counsel in exchange for McGlothan's release of claims and dismissal of the action with prejudice to be fair and reasonable. Although the Plaintiff's attorneys' fees appear disproportionate to the recovery of back wages, settlement was reached only after discovery, motion practice and mediation of the case. Further, Defendant does not contest the reasonableness of Plaintiffs' attorneys' fees.

The Court, therefore, **RECOMMENDS**, that:

1.   The parties' joint motion be granted and the settlement be approved; and

2.   The Court dismiss the case with prejudice and direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 3, 2007.

DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable John Antoon II