# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSHUA MCGLOTHAN, ON HIS OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,

                Plaintiff,

-vs-                                          Case No. 6:06-cv-94-Orl-28UAM

WALMART STORES, INC.,

                Defendant.

## ORDER

This case is before the Court on the Request to Approve the Parties' Settlement Agreement (Doc. No. 47) filed May 30, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 3, 2007 (Doc. No. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Request to Approve the Parties' Settlement Agreement is **GRANTED** and the settlement is **APPROVED.**

3. This case is dismissed with prejudice and the Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this 24th day of July, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party